UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AMERICAN PIPE LINING INC., a California corporation,<br><br>Plaintiff,<br><br>v.<br><br>CONSTITUTION INSURANCE COMPANY; RLI INSURANCE COMPANY,<br><br>Defendant. | Civil No.   07-cv-1575-BEN (POR)<br><br>**ORDER SCHEDULING SETTLEMENT CONFERENCE** |

On August 23, 2007, the Court held a case management conference. John Brick and Teah Lupton appeared on behalf of Defendant RLI Insurance Co. and Robert Adler, David Baumgarten and Gerald Yamada appeared on behalf of Plaintiff. After discussion with counsel about the status of the case, the Court sets a settlement conference on **September 4, 2007 at 11:00 a.m.** in the chambers of the Honorable Louisa S Porter. The parties shall lodge a <u>confidential</u> settlement statements <u>directly</u> with Judge Porter's chambers via email to efile_porter@casd.uscourts.gov on or before **August 30, 2007**. The settlement statements should include a neutral factual statement of the case and discuss legal issues solely limited to the ones to be addressed at the settlement conference. The settlement statements **shall not** be filed with the Clerk of the Court, nor shall they be served on opposing counsel.

All parties and claims adjusters for insured defendants and representatives with complete authority to enter into a binding settlement, as well as the principal attorney(s) responsible for the litigation, *must be present* and legally and factually prepared to discuss and resolve the case at the

1  mandatory settlement conference.  All conference discussions will be informal, off the record,
2  privileged and confidential.  Settlement conferences shall not be rescheduled without a showing of
3  good cause and adequate notice to the Court.  If counsel wish to reschedule this conference, they
4  shall contact the Court at least 5 days prior to the conference.  Absent exceptional circumstances, the
5  Court will not reschedule this conference with less than 5 days notice.  <u>Only in extreme
6  circumstances will the Court reschedule a mandatory settlement conference with less than 24 hours
7  notice.</u>
8       If the case does not settle, a case management conference shall be held immediately
9  following the settlement conference.
10 DATED:  August 24, 2007

12 _____
   LOUISA S PORTER
   United States Magistrate Judge

14 cc:       The Honorable Rogert T. Benitez
15           all parties

- 2 -                                           07cv1575